UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ANDRIANNA ALEXANDER, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>DISCOVER FINANCIAL SERVICES )<br>d/b/a Discover Card, )<br>)<br>  Defendant. ) | No. 1:15-CV-02648-GLR |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff and Defendant stipulate to the voluntary dismissal without prejudice of the above captioned case, each party to bear its own costs and fees, and proceed to binding arbitration.

Respectfully submitted,

Date: April 17, 2018          By: /s/ Deborah Van Bergen
                                  Deborah Van Bergen
                                  Federal Bar No. 13998
                                  D. G. Van Bergen, P.A.
                                  1406 B Crain Hwy S Ste 104
                                  Glen Burnie, MD 21061
                                  Office: 410-863-1012
                                  E-mail: Debbie@dvblegal.com
                                  *Attorney for Plaintiff*

Date: April 17, 2018          /s/ Jonathan J. Huber (with permission)
                              Matthew T. Wagman (Bar No. 26399)
                              Jonathan J. Huber (Bar No. 30145)
                              Miles & Stockbridge P.C.
                              100 Light Street
                              Baltimore, Maryland 21202
                              410-727-6464 (telephone)
                              410-385-3700 (facsimile)
                              mwagman@milesstockbridge.com
                              jhuber@milesstockbridge.com

                              *Attorneys for Discover Products Inc. (incorrectly named and sued as "Discover Financial Services d/b/a Discover Card")*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served all counsels of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                 /s/ Deborah Van Bergen
                                                 Debora Van Bergen