UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ANDRIANNA ALEXANDER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:15-CV-02648-GLR |
| DISCOVER FINANCIAL SERVICES d/b/a Discover Card, | ) ) ) ) |
| Defendant. | ) |

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff and Defendant stipulate to the voluntary dismissal without prejudice of the above captioned case, each party to bear its own costs and fees, and proceed to binding arbitration.

**The telephone conference, scheduled for April 19, 2018, is canceled.**

Date: April 17, 2018

Respectfully submitted,

By: /s/ Deborah Van Bergen
Deborah Van Bergen
Federal Bar No. 13998
D. G. Van Bergen, P.A.
1406 B Crain Hwy S Ste 104
Glen Burnie, MD 21061
Office: 410-863-1012
E-mail: Debbie@dvblegal.com
*Attorney for Plaintiff*

Date: April 17, 2018

/s/ Jonathan J. Huber (with permission)
Matthew T. Wagman (Bar No. 26399)
Jonathan J. Huber (Bar No. 30145)
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland 21202
410-727-6464 (telephone)
410-385-3700 (facsimile)
mwagman@milesstockbridge.com
jhuber@milesstockbridge.com

*Attorneys for Discover Products Inc. (incorrectly named and sued as "Discover Financial Services d/b/a Discover Card")*

APPROVED THIS 18th DAY OF April, 2018

/s/ George L. Russell
GEORGE L. RUSSELL, III, U.S.D.J.